No. 09–10982. DOUGLAS v. MICHIGAN. Cir. Ct. Oakland County, Mich. Certiorari denied.

No. 09–10984. EVANS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 09–10987. JONES v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 09–10988. LEMUS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 09–10989. JOHNSON v. BURRIS, ACTING WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–10992. POWELL v. WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–10996. WILSON v. BRUNSMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–10997. WILLIAMSON v. SMITH, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 09–10999. WHITE v. STEELE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 09–11002. RUSSELL v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 09–11005. MOORE v. LEVINSON ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–11006. MARTIN v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 09–11007. BUTLER v. SCHWARTZ, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 09–11013. CURTIS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.